IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED H ALI,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendants.
_____/

No. 10-03985 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On November 29, 2010, Defendants' counsel filed a request to appear telephonically at the initial case management conference set for December 17, 2010 at 10:30 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: December 6, 2010

                                                _____
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

United States District Court
For the Northern District of California