**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

MOHAMMED ALI,
              Plaintiff,

    v.

UNITED STATES OF AMERICA,
              Defendant.

/

No. C 10-3985 EDL

**ORDER RE: ATTENDANCE**

Date:        July 13, 2011
Mediator:   Matthew Vafidis

    IT IS HEREBY ORDERED that the request to excuse defendant United States of America's

representative, Art Grebbin, from personal attendance at the July 13, 2011, mediation before

Matthew Vafidis is GRANTED.  Mr. Grebbin shall be available to participate in the mediation at all

times by telephone, in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 6, 2011               By:

Dated                                  Maria-Elena James
                                  United States Chief Magistrate Judge