IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED H ALI, | No. C -10-03985 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT this case is referred to the Honorable Nathanael Cousins for Settlement Conference Proceedings. The parties will be notified by the chambers of Judge Cousins regarding the date, time, and location of these proceedings.

**IT IS SO ORDERED.**

Dated: September 22, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge